April 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT L. BURKE, M.D., AND FONDREN ORTHOPEDIC GROUP, L.L.P., Appellants

NO. 14-13-01064-CV            V.

RICK AND JANA GARDNER, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on November 5, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Robert L. Burke, M.D., and Fondren Orthopedic Group, L.L.P., jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.